# PROSKAUER ROSE LLP

1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900

BOCA RATON
BOSTON
CHICAGO
LONDON
LOS ANGELES
NEW ORLEANS
NEWARK
PARIS
SÃO PAULO
WASHINGTON

Matthew S. Queler
Member of the Firm

Direct Dial 212.969.3621
mqueler@proskauer.com

June 9, 2008

Hon. Stanley R. Chesler
United States District Judge
U.S. Post Office and Courthouse
Federal Square
Newark, New Jersey 07102

      Re:    <u>United States v. Jack Gaglio, Crim. No. 05-141 (SRC)</u>

Dear Judge Chesler:

We represent Jack Gaglio in the above-captioned matter. Please accept this letter in lieu of a more formal motion, pursuant to Federal Rule of Criminal Procedure 35, to correct two minor errors in the Judgment of Conviction.

The Judgment, at page 2, paragraph 2, currently reads: "The Court makes the following recommendations to the Bureau of Prisons: The Court recommends that the defendant shall be designated to the LAMPOC FACILITY." Consistent with our request on behalf of Mr. Gaglio, the Government's agreement, and the Court's ruling, we ask that the Judgment be modified to read: "The Court makes the following recommendations to the Bureau of Prisons: The Court recommends that the defendant shall be designated to the camp at FCC LOMPOC."

Second, the Judgment does not reflect the Court's granting of our request to allow Mr. Gaglio to sell his home, subject to the approval of Probation. Accordingly, we request that the last sentence of the second-to-last paragraph of page 3 of the Judgment be modified to read: "The defendant shall not encumber or liquidate interest in any assets unless it is in direct service of the restitution obligation or otherwise has the express approval of the Court, except that the defendant shall be permitted to sell his and his wife's home, at 40-440 Morningstar Road, Rancho Mirage, CA 92270, with prior approval of the U.S. Probation Office."

I have spoken to Assistant U.S. Attorney John Fietkiewicz, and provided him with a draft of this letter, and he consents, on behalf of the Government, to the requested changes.

**PROSKAUER ROSE LLP**

June 9, 2008
Page 2

Thank you for your attention to this matter.

                                        Respectfully Submitted,
                                        /s/ MATTHEW S. QUELER

                                        PROSKAUER ROSE LLP
                                        Matthew S. Queler

**So Ordered.**

Hon. Stanley R. Chesler, U.S.D.J.

cc:    AUSA John Fietkiewicz (by email)
        Kenneth Manuel, U.S. Probation Officer (by email)
        Mr. Jack Gaglio (by email)