THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

------------------------------------X
UNITED STATES OF AMERICA,           :
                                    :    Honorable Stanley R. Chesler
                                    :    Criminal No. 05-533 (SRC)
vs.                                 :
                                    :    **ORDER**
JACK GAGLIO,                        :
                                    :
          Defendant.                :
                                    :
------------------------------------X

This matter having come before the Court on the motion of Defendant Jack Gaglio (Matthew S. Queler, Esq., appearing), for an Order extending the defendant's surrender date by two weeks; and the Court being advised that the defendant had just received, on Friday, June 27, 2008, his notification advising him to surrender by noon on Tuesday, July 1, 2008; and the Court being advised that the defendant needs an additional two weeks to wrap up his business and personal affairs; and the parties (John M. Fietkiewicz, Assistant U.S. Attorney, appearing on behalf of the Government) having conferred and agreed that the date of voluntarily surrender should accordingly be July 15, 2008; and for good cause shown,

WHEREFORE, IT IS on this 30th day of June, 2008,

ORDERED that the date of voluntary surrender for Mr. Gaglio is to be July 15, 2008.

1

IT IS FURTHER ORDERED that this Order be provided to the U.S. Probation Office for transmission to the United States Marshal's Service and the Federal Bureau of Prisons, so that they are made aware of the July 15, 2008 date of voluntary surrender.

**SO ORDERED.**

HONORABLE STANLEY R. CHESLER
UNITED STATES DISTRICT JUDGE

CONSENTED TO AS TO FORM AND ENTRY:

Matthew S. Queler, Esq.
Counsel for Mr. Gaglio

John M. Fietkiewicz, AUSA
Senior Litigation Counsel